1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6

7   In re JERRY FRANK STANLEY,              No. C 10-5707 PJH (PR)

8                  Plaintiff.               **ORDER OF DISMISSAL**
    _____/

9

10          This case was opened when plaintiff wrote to the court regarding conditions on

11   death row at San Quentin State Prison.  In an effort to protect his rights, the letter was

12   treated as an attempt to open a new case.  Plaintiff was informed that he had not filed a

13   complaint and was given thirty days to do so.  He also was sent a notice that he had not

14   paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was

15   allowed thirty days to either pay the fee or file the application.  A copy of the court's form for

16   applications to proceed IFP was provided with the notice, along with a return envelope.

17          No response has been received and the deadline has passed.  This case therefore

18   is **DISMISSED** without prejudice.  The clerk shall close this file.

19          **IT IS SO ORDERED.**

20   Dated:  January 31, 2011.        _____

21                                              PHYLLIS J. HAMILTON
                                              United States District Judge

22

23

24

25

26

27

28   P:\PRO-SE\PJH\CR.10\STANLEY5707.DSM.wpd

United States District Court
For the Northern District of California